IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH A. OSBURN                                          Plaintiff

v.                         4:04CV00531 JMM

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                     Defendant

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this \_\_11\_\_ day of \_\_July\_\_, 2005.

_____
UNITED STATES DISTRICT JUDGE